IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN B. MISNER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2007.**

    The Defendant's Motion to Limit Discovery ("Motion") [September 17, 2007; doc #17] is **denied without prejudice**.  The Motion is construed as a Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c), and fails to comply with that rule, as well as with D.C. Colo. LCivR 7.1(A), 10.1(E), and 37.1.