**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

STEVEN B. MISNER,

      Defendant.

## MINUTE ORDER

      The matter comes before the court on the **SEC's Amended Motion To Strike Defendant's Jury Demand** [#19], filed September 17, 2007.  It appears to the court that this is a request to amend **SEC's Motion to Strike Defendant's Jury Demand** [#15], filed September 17, 2007, to include a certification of compliance with D.C.COLO.L.Civ.R. 7.1A.  To that extent, the motion is **GRANTED**.

      Dated:  September 18, 2007