IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   07-cv-01640-REB-MEH         **FTR – Courtroom C203**
**Date:**   October 29, 2007                                         Cathy Coomes, Courtroom Deputy

SECURITIES AND EXCHANGE COMMISSION,         Donald Dowie (by telephone)

   Plaintiff,

v.

STEVEN B. MISNER,                                              *Pro Se* (by telephone)

   Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   9:45 a.m.

Court calls case.  Appearances of counsel and *pro se* Defendant.

Discussion regarding the status of the case and Plaintiff's pending Motion for Leave to File Sur-Reply (Doc. #42, filed 10/16/07).

**ORDERED:**   Plaintiff's Motion for Leave to File Sur-Reply (Doc. #42, filed 10/16/07) is GRANTED, and the attachment to the motion is accepted for filing.

Discussion regarding Defendant's Amended Motion for Order to Limit Discovery (Doc. #37, filed 9/26/07).  The Court will issue a separate Order on the motion.

**Court in recess:**   10:01 a.m.       (Hearing concluded)
Total time in court:   0:16