IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN B. MISNER,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the following: 1) the **SEC's Motion for Permission To File Amended Complaint** [#50], filed November 14, 2007; and 2) the magistrate judge's **Recommendation on Motion To Amend** [#64], filed December 28, 2007. The magistrate judge recommends that the motion to amend be granted in part and denied in part.

I have considered carefully the recommendation and the applicable case law. Neither of the parties has filed objections to the recommendation. Therefore, I review the recommendation only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Motion To Amend** [#64], filed December 28, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **SEC's Motion for Permission To File Amended Complaint** [#50], filed November 14, 2007, is **DENIED** as to the SEC's request to amend its complaint to add a new claim alleging that defendant Steven B. Misner defrauded a particular individual investor to the extent the SEC seeks in this claim to enforce any civil fine, penalty, or forfeiture, pecuniary or otherwise;

3. That the **SEC's Motion for Permission To File Amended Complaint** [#50], filed November 14, 2007, is **GRANTED** as to the SEC's request to amend its complaint to add a new claim alleging that defendant Steven B. Misner defrauded a particular individual investor, but the amendment shall be permitted only to the extent the SEC seeks equitable remedies against the defendant in this claim; and

4. That the **SEC's Motion for Permission To File Amended Complaint** [#50], filed November 14, 2007, otherwise is **GRANTED**.

Dated March 5, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**