**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN B. MISNER,

    Defendant.

## MINUTE ORDER

    The matter comes before the court on the **SEC's Motion For Partial Summary Judgment** [#78]; **SEC's Brief in Support of its Motion for Partial Summary Judgment** [#79]; and **SEC's Statement of Material Facts in Support of Motion For Partial Summary Judgment** [#80], all filed March 31, 2008. The pleadings are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: April 3, 2008