**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN B. MISNER,

    Defendant.

## MINUTE ORDER

    The matter comes before the court on **SEC's Unopposed Motion For Permission To Re-File Motion For Partial Summary Judgment and To Exceed Page Limitations** [#82], filed April 11, 2008. The motion is **GRANTED**, and **SEC's Brief in Support of Its Motion For Partial Summary Judgment** [#83-2], is accepted for filing. The defendant shall have an equal number of pages for his response.

    Dated: April 15, 2008