**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN B. MISNER,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on **SEC's Amended Motion To Strike Defendant's Jury Demand** [#19] filed September 17, 2007. Recently, the parties filed a **Joint Motion To Stay Case In View of Potential Settlement** [#99] on September, 15, 2008, pending the presentation of a settlement proposal to the United States Securities and Exchange Commission. In view of this circumstance, I **DENY** the **SEC's Amended Motion To Strike Defendant's Jury Demand** [#19] filed September 17, 2007, **without prejudice**. If the current proposed settlement is not approved by the SEC, then the SEC may file a brief notice with the court indicating that it would like to renew its motion to strike defendant's jury demand.

    Dated: September 19, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.