IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01640-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN B. MISNER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 24, 2008.**

    Plaintiff's Unopposed Motion to Vacate Pre-Trial Conference [filed September 23, 2008; docket #102] is **granted**. The Final Pretrial Conference set for September 29, 2008 is hereby **vacated**. The parties are **ordered** to file dismissal papers or a Joint Status Report reflecting the status of settlement proceedings with the Court **on or before October 31, 2008**.